**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.: 12-237:8 (RJL)** |
| | ) | |
| v. | ) | |
| | ) | |
| **JAIME MANDUJANO-EUDAVE,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**GOVERNMENT'S MOTION REQUESTING ACCESS TO**
**TRANSCRIPT OF SEALED PROCEEDINGS**

The Government respectfully moves the Court for an Order granting access to the sealed transcript of proceedings held on September 16, 2016, including the ex parte portions of the proceedings.

Respectfully submitted this 27th day of October, 2016.

           ARTHUR WYATT, Chief
           Criminal Division
           Narcotic and Dangerous Drug Section

By:  /s/
     Jason Ruiz
     Adrián Rosales
     A.J. Nardozzi
     Trial Attorneys
     Criminal Division
     United States Department of Justice
     Narcotic and Dangerous Drug Section
     145 N Street Northeast
     East Wing, Second Floor
     Washington, D.C. 20530
     Tel: (202) 514-0420

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the Defendant, this 27th day of October, 2016.

                                                   /s/
                                                   Jason Ruiz
                                                   Adrián Rosales
                                                   A.J. Nardozzi
                                                   Trial Attorneys
                                                   Criminal Division
                                                 United States Department of Justice
                                                 Narcotic and Dangerous Drug Section