UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 12-CR-237-9 (RJL) |
| ) | |
| v.  ) | UNDER SEAL |
| ) | |
| MARCO ANTONIO PAREDES- ) | |
| MACHADO, ) | |
|     also known as "Elena," ) | |
|     "Marquitos," ) | |
| ) | |
|     Defendant. | |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America, by and through the undersigned attorneys, respectfully move this Court for an order to unseal the case as to Defendant Marco Antonio Paredes-Machado ("Defendant"). In light of the Defendant's arrest and extradition to the United States, the reasons for sealing the arrest warrant, and record no longer apply.

### Background

1.     On November 2, 2012, a federal grand jury sitting in the District of Columbia returned an original Indictment against the defendant, Marco Antonio Paredes-Machado, also known as "Elena," and "Marquitos". On that same day, Magistrate Judge Alan Kay signed the arrest warrant for the Defendant.

2.     Also on the same day, the Government filed a motion to seal the Indictment and arrest warrant, based on the grounds of needing to ensure the safety of witnesses and law enforcement officers and allow the Government the ability to apprehend the Defendant, without alerting the defendant of his impending arrest. The motion to seal was timely granted.

1

3. The Defendant was arrested abroad and extradited to the Eastern District of Michigan on September 9, 2015, on another criminal matter. The Defendant remains in U.S. custody.

4. The Defendant's pending matter in the Eastern District of Michigan is not under seal. As the Court is aware, the Government is in the process of petitioning the court in Michigan to transfer the Defendant to D.C. However, Government's filings in the Eastern District of Michigan have been complicated by the fact that the Defendant's case in the District of Columbia remains under seal.

5. Therefore, because the original concerns for seeking the sealing of the docket as to this Defendant are ameliorated and the Sealing Order as to this Defendant is hindering the Government's filings in the Eastern District of Michigan, the Government moves to unseal the docket only as to this Defendant.

## CONCLUSION

For all the foregoing reasons, counsel for the Government respectfully requests that the docket in the present case be unsealed as to Marco Antonio Paredes-Machado, also known as "Elena," and "Marquitos."

Respectfully Submitted,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:  /s/ Thomas Johnson
Thomas Johnson
Anthony Aminoff
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE, Suite 300
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be sent via email once the Defendant retains counsel of record.

/s/ Thomas Johnson
Thomas Johnson
Anthony Aminoff
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice